Stanley R. Thompson, Respondent, v Erie County Industrial Development Agency, Appellant. (Appeal No. 2.) [675 NYS2d 569] —Order unanimously affirmed with costs. Same Memorandum as in *Thompson v Erie County Indus. Dev. Agency* (251 AD2d 1026 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—EDPL.) Present—Denman, P. J., Green, Pigott, Jr., Balio and Boehm, JJ.